UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 0 2013

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| CASSEY WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-677 |
| | ) | |
| COMMUNITY BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

1

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that Ariel Skalina caused her "trauma" because he "objectified" her and "looked [her] up and down like a piece of meat." Compl. at 1. Plaintiff does not explain Mr. Skalina's relationship to the named defendant; nor does she set forth sufficient factual allegations to support her claim that the defendant's actions "violat[ed] the Disability Act." *Id.* Plaintiff thus fails to provide either a short and plain statement of the claim showing that she is entitled to relief or a statement showing the basis of this court's jurisdiction. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 5\16\13